UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYDNEY WISDOM,

                      Plaintiff,

-against-

MARK J. MILLER et al.,

                      Defendants.

**ORDER**

24-CV-06678 (PMH)

---

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on August 23, 2024. (Doc. 1). Plaintiff filed an amended complaint on February 10, 2025. (Doc. 26). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on February 28, 2025 and the Court entered a briefing schedule. (Doc. 28). On March 31, 2025, Defendants filed their motion to dismiss. (Doc. 34). Plaintiff's opposition was due by April 30, 2025. (*See* Doc. 28). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until June 16, 2025. Defendants' reply, if any, is due June 30, 2025.

      **If plaintiff fails to file his opposition by June 16, 2025, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      The Clerk of Court is respectfully instructed to mail a copy of this Order and the docket sheet to plaintiff at the address on the docket.

Dated: White Plains, New York
          May 15, 2025

                                    SO ORDERED:

                                    _____
                                    Philip M. Halpern
                                    United States District Judge