UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYDNEY WISDOM,

                        Plaintiff,                                    **ORDER**

            -against-                                         25-CV-06678 (PMH)

MARK J. MILLER, et al.,

                        Defendants.

PHILIP M. HALPERN, United States District Judge:

On January 2, 2026, a non-party individual identified as Padraic A. Keating, purportedly a "Senior Law Clerk" at Otisville Correctional Facility, filed two documents identified as "Affirmations," seemingly on behalf of the Plaintiff. (*See* Docs. 46, 47). As this individual does not appear to be an attorney, and in any event, has not entered an appearance on the docket, the Court disregards these filings as improper and unauthorized third-party filings.

Accordingly, the Court respectfully directs the Clerk of Court to strike these alleged "Affirmations" (Docs. 46, 47) from the docket but retain the summary docket texts for the record.

Plaintiff is reminded that the Court previously granted him an extension of time until February 6, 2026 to file a Second Amended Complaint. (Doc. 45). Any Second Amended Complaint filed shall be in accordance with the Court's December 5, 2025 Order. (Doc. 43). In the event Plaintiff fails to timely file a Second Amended Complaint by February 6, 2026, this action will be dismissed with prejudice. (*See* Doc. 43).

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at his address listed on the docket.

Dated:  White Plains, New York
        January 8, 2026

                                          _____
                                          Philip M. Halpern
                                          United States District Judge