**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

SYDNEY WISDOM,

Plaintiff,

-against-

24 **CIVIL** 6678 (PMH)

# JUDGMENT

MARK J. MILLER, et al.,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 16, 2026, Defendants' motion to dismiss is GRANTED and the Second Amended Complaint is dismissed. Additionally, and because Plaintiff has already been given notice and an opportunity to cure the deficiencies in his pleading, but has failed to cure them, leave to further replead is also properly denied; accordingly, the case is closed.

**Dated:** New York, New York

November 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**